# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHANNA DABBS, ) <br> ) <br> *Plaintiff,* ) <br> v. ) <br> ) <br> SHELTER MUTUAL INSURANCE ) <br> COMPANY aka SHELTER MUTUAL ) <br> INSURANCE CO., ) <br> ) <br> *Defendant.* ) | Case No. CIV-15-148-D |

## JUDGMENT

Pursuant to the Court's Order granting summary judgment to Defendant on Plaintiff's breach of contract and bad faith claims, the Court enters judgment in favor of Defendant Shelter Mutual Insurance Company against Plaintiff Johanna Dabbs.

Entered this 23rd day of November, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge